UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEPHANIE MCCREA,

          Petitioner,

   v.

DEBORAH J. WOFFORD,

          Respondent.

CASE NO. 3:18-cv-05054-RJB-JRC

ORDER LIFTING STAY AND DENYING MOTION TO AMEND WITHOUT PREJUDICE

    The District Court has referred this action to United States Magistrate Judge J. Richard Creatura. Petition Stephanie McCrea filed a federal habeas petition, pursuant to 28 U.S.C. § 2254, seeking relief from a state court conviction.

    Pursuant to Court order, petitioner's proceedings were stayed on July 9, 2018, in order to allow petitioner additional time to exhaust her grounds for relief in state court. Dkt. 15. Petitioner has now filed a motion to lift the stay, indicating the Washington State Supreme Court issued an order terminating review of petitioner's PRP on November 6, 2018. Dkt. 16. Because it appears petitioner has now provided every level of the state courts the opportunity to make a

ORDER LIFTING STAY AND DENYING MOTION
TO AMEND WITHOUT PREJUDICE - 1

determination as to petitioner's grounds for relief, the Court finds lifting of the stay is appropriate.

Petitioner has also requested she be given leave to file an amended petition, indicating she now has additional case law she wishes to include. Dkt. 17. Petitioner has filed a supplement, arguing the additional information relates back to her original petition and now includes more detailed "citations and corresponding information necessary to further her claim and is in the interest of justice." *Id*. Respondent has not filed opposition to petitioner's request. *See* Dkt.

Pursuant to local rule, a party seeking to amend a pleading "must attach a copy of the proposed amended pleading as an exhibit to the motion or stipulation." LCR 15. In addition, "the proposed amended pleading must not incorporate by reference any part of the preceding pleading, including exhibits." *Id*. Here, petitioner has requested leave to amend, but has only included a supplement, rather than a proposed amended petition. Thus, petitioner has not yet filed her motion to amend in accordance with local rules and has not yet properly requested leave to amend her habeas petition. If petitioner intends the information in her motion to be considered along with her habeas petition, she must file a motion to amend and include a proposed amended petition containing *all* the arguments she intends to raise as grounds for habeas relief in a single document.

Therefore, it is ORDERED:

1. Petitioner's motion to lift stay (Dkt. 16) is granted. The stay on this proceeding is lifted.

2. Petitioner's motion to amend (Dkt. 17) is denied without prejudice. Petitioner may refile her motion, but she must include a copy of her proposed amended petition. The amended petition must be legibly rewritten or retyped in its entirety, it should be an

original and not a copy, it should contain the same case number, and *it may not incorporate any part of the original petition by reference*. The amended petition will act as a complete substitute for the original petition, and not as a supplement.

3. Failure by petitioner to file a new motion to amend will result in the Court making a determination as to her current habeas petition (Dkt. 3) beginning on the date for consideration noted below.

4. The Court notes respondent did not address petitioner's fifth and sixth grounds on their merits in her response because they were unexhausted. Dkt. 7, pp. 5, 7-8. As the stay has been now been lifted and petitioner has indicated she has fully exhausted her state court remedies, respondent is directed to submit a supplemental response to petitioner's habeas petition and any additional state court records on or before January 11, 2019.

5. The Clerk is directed to note that petitioner's habeas petition will be ready for consideration on February 8, 2019.

Dated this 20th day of December, 2018.

J. Richard Creatura
United States Magistrate Judge